IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE A. BAHR,<br><br>    Plaintiff,<br><br>  v.<br><br>LT. RATTI,<br><br>    Defendant. | No. C 11-02749 SBA (PR)<br><br>**ORDER OF DISMISSAL** |

On July 15, 2011, the Court issued an Order of Dismissal with Leave to Amend, and gave Plaintiff thirty days from the date of the Order to file an amended complaint providing factual and legal bases for his claims. Plaintiff was warned that a failure to timely file an amended complaint would result in dismissal for failure to prosecute.

The time for Plaintiff to file his amended complaint has passed, and no amended complaint has been filed.

Accordingly, IT IS HEREBY ORDERED that the complaint in the above-captioned action is DISMISSED for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The Court has rendered its final decision on this matter; therefore, this Order TERMINATES Plaintiff's case. The Clerk of the Court shall terminate all pending motions and close the file.

When and if Plaintiff is prepared to pursue his claims, he may file a new civil rights action. The limitations period to file a § 1983 action in California is two years, but it is tolled for up to two years during a continuous period of incarceration. See Silva v. Crain, 169 F.3d 608, 610 (9th Cir. 1999) (holding, pursuant to Cal. Civ. Proc. Code § 340(3), that the limitations period for filing a

1 § 1983 action in California is one year); S.B. 688 (amending Cal. Civ. Proc. Code § 340(3) and adding § 335.1 to establish two-year residual limitations period for personal injury actions); Cal. Civ. Proc. Code § 352.1(a) (providing for an additional two years of tolling during a period of continual imprisonment).

IT IS SO ORDERED.

DATED:  9/8/11

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\SBA\CR.11\Bahr2749.DismissAC.wpd      2

1  UNITED STATES DISTRICT COURT
2  FOR THE NORTHERN DISTRICT OF
3  CALIFORNIA

5  STEVE A. BAHR,
6              Plaintiff,                        Case Number: CV11-02749 SBA
7     v.                                         **CERTIFICATE OF SERVICE**
8  RATTI et al,
9              Defendant.
10  _____/

12  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

13  That on September 9, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

17  Steve A. Bahr SF#445793
    San Francisco County Jail
18  11664862
    850 Bryant Street
19  San Francisco, CA 94103

20  Dated: September 9, 2011

                                               Richard W. Wieking, Clerk
21                                             By: LISA R CLARK, Deputy Clerk

28  G:\PRO-SE\SBA\CR.11\Bahr2749.DismissAC.wpd         3